An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDYS A. MARTINEZ,
Appellant,
vs.
JOHN SCOTT, M.D.; DR. MARK, DR.
GEDNEY; NORTHERN NEVADA
CORRECTIONAL CENTER; NEVADA
DEPARTMENT OF CORRECTIONS
MEDICAL DEPARTMENT; AND
NEVADA DEPARTMENT OF
CORRECTIONS,
Respondents.

No. 62655

FILED

APR 2 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant seeks to challenge a district court order denying a motion to extend the prison copy work limit. As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). As we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

_____

[1]Appellant's failure to file the proper person appeal statement constitutes an independent basis for dismissal of this appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-12509

cc:    Hon. Janet J. Berry, District Judge
Fredys A. Martinez
Attorney General/Carson City
Washoe District Court Clerk